192 So.2d 370

## SOUTHWESTERN ELECTRIC POWER COMPANY

v.

## OLIN MATHIESON CHEMICAL CORPORATION.

No. 48470.

Nov. 30, 1966.

In re: Olin Mathieson Chemical Corporation applying for writs of certiorari, mandamus and prohibition.

Application refused. The showing made does not warrant the exercise of our supervisory jurisdiction. Furthermore, applicant has an adequate remedy for review in the event of an adverse judgment on the merits of the case.

192 So.2d 370

## GULF STATES UTILITIES COMPANY

.v.

## Carl Edward HECK et al.

No. 48440.

Dec. 12, 1966.

In re: Gulf States Utilities Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Iberville. 191 So.2d 761.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

192 So.2d 370

## GULF STATES UTILITIES COMPANY

v.

## Carl Edward HECK et al.

No. 48439.

Dec. 12, 1966.

In re: Carl Edward Heck et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Iberville. 191 So.2d 761.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

HAWTHORNE, SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.

192 So.2d 370

## TODD SHIPYARDS CORPORATION

v.

## Nathan LOMM and M. Y. Lomm, his wife.

No. 48446.

Dec. 12, 1966.

In re: Nathan Lomm applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 190 So.2d 125.

Writ refused. On the facts found by the Court of Appeal, the result is correct.